## In re Petition for DISCIPLINARY ACTION AGAINST Charles Norman EK, an Attorney at Law of the State of Minnesota.

### No. C3–00–2006.

Supreme Court of Minnesota.

Dec. 11, 2000.

### ORDER

The Director of the Office of Lawyers Professional Responsibility has filed an application for suspension pursuant to Rule 12(c)(1), Rules on Lawyers Professional Responsibility, based upon evidence that respondent cannot be found in the state.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that respondent Charles Norman Ek be suspended from the practice of law. Within one year from the date of this order, respondent may move the court for vacation of the order of suspension and for leave to answer the petition for disciplinary action.

BY THE COURT
Alan C. Page
Associate Justice

## Larry FRAZEE, Respondent,

v.

## SWIFT & COMPANY, Relator,

and

## Self–Insured/Conagra Risk Management, Insurer.

### No. C0–011583.

Supreme Court of Minnesota.

Dec. 11, 2001.

Workers' Compensation Court of Appeals; Jennifer Patterson, J.

Johnson & Condon, P.A., Mary E. Christenson, Minneapolis, for employer-relator.

Von Holtum, Malters & Shephard, Mark W. Shepherd, Worthington, for employee-respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 21, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
/s/ KATHLEEN A. BLATZ
Chief Justice